NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLARK MCCARTNEY, III,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1007

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 18-6735, Judge Joseph L. Toth.

---

**JUDGMENT**

---

MEGHAN GENTILE, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant. Also represented by HAROLD HAMILTON HOFFMAN, III.

TANYA KOENIG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR.; Y. KEN LEE, SAMANTHA ANN SYVERSON, Office of General Coun-

sel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2021         /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court